Attachment

Jason Allen Melson SR.
Full Name of Party Filing Document

1222 E 4th St Apt 2
Mailing Address (Street or Post Office Box)

Meridian Idaho 83642
City, State and Zip Code

208-513-8897
Telephone

Jasonmelson@icloud.com
Email Address (if any)

TO Boise EIS agreement

U.S. COURTS
JUN 15 2020
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE DISTRICT COURT FOR THE _____ JUDICIAL DISTRICT
FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF _____

Jason Allen Melson SR
Plaintiff,

vs.

Forte Construction Services LLC
Defendant.

Case No. _____

MOTION AND AFFIDAVIT FOR FEE WAIVER

[X] Plaintiff [ ] Defendant asks to start or defend this case without paying fees, Idaho Code Section 31-3220, and certify:

1. This is an action for (type of case) Discrimination.

2. I am unable to pay the court costs. I verify that the statements made in this Affidavit are true and correct. I understand that a false statement in this Affidavit is perjury and I could be sent to prison for one to 14 years. The waiver of payment does not prevent the court from later ordering me to pay costs and fees.

(Do not leave any items blank. If any item does not apply, write "N/A". Attach additional pages if more space is needed for any response.)

**IDENTIFICATION AND RESIDENCE:**

Name: Jason A Melson Sr Other name(s) I have used: Jason Melson, Jason Allen Melson, Jason Allen Melson SR

Address: 1222 E 4th St Apt 2 Meridian Idaho 83642

How long at that address? **1 year**         Phone: **208 513 8892**

Year and place of birth: **1980 Sacramento, California**

Education completed (years): **16**

**FAMILY:**

Marital Status: ☐ Single  ☐ Married  ☒ Divorced  ☐ Widowed  ☐ Separated

The following minor children live with me:

| Name (use initials only) | Age | Relationship | Child Support Received ($/month) |
|---|---|---|---|
| J.A.M.J. | 5 | Son | ∅ |

**EMPLOYMENT:**

Occupation: **Carpenter**         Employed by: **Pacific Source Construction**

Position: **Carpenter**         Salary: $_____ or $ **20** per hour

Monthly gross income $ **3200**         If your current position is temporary what are the start and end dates? _____

Phone number to use to verify: **208 562 1092**         If you have held this job less than one year, previous employer: **Forte Construction Services**

Phone number to use to verify: **208 939 6762**

Spouse's Occupation: **N/A**         Employed by: _____

Position: _____         Salary: $_____ or $_____ per hour

Monthly gross income $ _____         If your spouse's current position is temporary what are the start and end dates? _____

I receive assistance or support from the following sources and in the following monthly amounts:

MOTION AND AFFIDAVIT FOR FEE WAIVER                    PAGE 2
CAO FW 1-9  07/01/2016

Spouse: $_____ Welfare: $_____ Food Stamps: $ 351 Relatives: $_____

Unemployment Compensation: $_____ Social Security: $_____ Retirement: $_____

Former Spouse: $_____ Other (identify)_____ $_____

If unemployed, how long since your last regular employment? _____

List all places where you have applied for work in the last six months:

| Company | Last Applied | Reason for Rejection |
|---------|--------------|---------------------|
|         |              |                     |
|         |              |                     |
|         |              |                     |
|         |              |                     |

Are you willing to work now? _____ What work can you do? _____

What is the minimum wage for which you are willing to work? $ 20

List all employers you worked for during the last three years.

| Company | Date Terminated | Ending Salary | Reason for Termination |
|---------|----------------|---------------|------------------------|
| Alten Construction | 7/29/2018 | $48.65/hour | Lay off |
| Forte Construction | 2/12/2020 | $19.50/hour | Lack of production |
| D5&L | 3/17/2020 | $20.00 | discrimination Lay off |
| Pacific Source Construction | N/A | $20.00 | Still Working |

Are you capable of working now? [X] Yes [ ] No  If no, why not? _____

If a health problem keeps you from working, provide the name of your treating doctor: _____
_____. Is your health problem permanent? [ ] Yes [ ] No

When will you be released to work? _____

**ASSETS:**

List all real property (land and buildings) owned or being purchased by you.

| Address | City | State | Legal Description | Value | Your Equity |
|---------|------|-------|-------------------|-------|-------------|
| | N | / A | | | |
| | | | | | |

List all other property owned by you and state its value.

| **Description** (provide description for each item) | **Value** |
|------------------------------------------------------|-----------|
| Cash | $10 |
| Notes and Receivable | Ø |
| Vehicles | –Ø |
| Bank/Credit Union/Savings/Checking Accounts | Ø |
| Stocks/Bonds/Investments/Certificates of Deposit | Ø |
| Trust Funds | Ø |
| Retirement Accounts/IRAs/401(k)s | Ø |
| Cash Value Insurance | Ø |
| Motorcycles/Boats/RVs/Snowmobiles | Ø |
| Furniture/Appliances | 100 |
| Jewelry/Antiques/Collectibles | Ø |
| TVs/Stereos/Computers/Electronics | 200 |
| Tools/Equipment | $1200 |
| Sporting Goods/Guns | Ø |
| Horses/Livestock/Tack | Ø |
| Other (describe) | |
| | |
| | |
| | |

**EXPENSES:** (List all of your monthly expenses.)

| Expense | Average Monthly Payment |
|---|---|
| Rent/House Payment | $850 |
| Vehicle Payment(s) | $1400 |
| Credit Cards (List last 4 digits of each account number.) | |
| Credit One (6877) | $100 |
| Wells Fargo (9690) | $100 |
| total (7693) | $100 |
| Indigo (0541) | $100 |
| Fit (9043) | $100 |
| Loans (name of lender and reason for loan) | |
| Idaho title loans (emergency need) | $236 |
| Money tree (installment Loan) | $491 |
| Possible finance (emergency need) | $200 |
| Electricity/Natural Gas | $120 |
| Water/Sewer/Trash | $22.95 |
| Phone | $80.00 |
| Cellular Phone | $110.00 |
| Cable/Satellite TV/Internet | $22.95 |
| Groceries | $400.00 |
| Dining Out | |
| Clothing | $200.00 |
| Auto Fuel/Transportation | |
| Auto Maintenance | $40.00 |
| Cosmetics/Haircuts/Salons | |
| Entertainment/Books/Magazines | |
| Home Insurance | |
| Auto Insurance | $179.00 |

Life Insurance _____

| **Expense (continued)** | Average Monthly Payment |
|---|---|
| Medical Insurance _____ | |
| Medical Expense _____ | $1000.00 |
| Child Care _____ | |
| Other (describe) Child Care | $960 |
| _____ | |
| _____ | |

**MISCELLANEOUS:**

How much can you borrow? $ 0  From whom? _____

When did you file your last income tax return? 1/30/20 Amount of refund: $ 5816

**PERSONAL REFERENCES:** (These persons must be able to verify information provided.)

| Name | Address | Phone | Years Known |
|---|---|---|---|
| Kathleen Melson-Peart | | | 40 |
| Kelly Jimenez | 1222 E. 4th St Meridian Id | | 7 |

**CERTIFICATION UNDER PENALTY OF PERJURY**

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: 6/15/2020

Jason Melson
Typed/printed

*(signature)* Jason A Melson
Signature